# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Rodney Lavelle Taylor,

    Petitioner

v.

Jo Gentry, et al.,

    Respondents

Case No.: 2:17-cv-01590-JAD-VCF

**Order Extending Time**

[ECF No. 9]

Respondents move for an extension of time to respond to pro se petitioner Rodney Lavelle Taylor's amended petition.[1] This is the respondents' first request for an extension, and I find that it is made in good faith and not for the sole purpose of delay. Accordingly, IT IS HEREBY ORDERED that the motion **[ECF No. 9] is GRANTED**. Respondents have **until and including August 20, 2018, to respond to Taylor's amended petition.**

Dated: July 9, 2018

                                                                           
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9.